UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: 2:26-cv-08161-AB-MAR | Date: September 30, 2026 |
|---|---|

Title: *Manizha Sadat v. Garfield Beach CVS, LLC, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings: [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before October 9, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒ On July 24, 2026, the action was removed to this Court (Dkt. No. 1). Defendant Garfield Beach CVS LLC filed a Motion to Dismiss Case on August 13, 2026 (Dkt. No. 12), which was MOOTED on Dkt. No. 20. On August 31, 2026, a Joint Stipulation for Leave for Plaintiff to File Second Amended Complaint ("SAC") was filed and granted on September 1, 2026 (Dkt. Nos. 17 & 18). The Order stated Plaintiff was to file and serve SAC

within 14 days of the Order and Defendant Garfield CVS LLC was to file a response to the SAC within 14 days after the SAC was filed and served. The SAC was filed and served on September 8, 2026 (Dkt. No. 19). Defendant Garfield CVS LLC did not answer the SAC, yet Plaintiff have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.